# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2020

*The Court of Appeals hereby passes the following order:*

## A21E0012. WADE et al. v. WOOD et al.

Appellants L. Lin Wood and L. Lin Wood, P.C. have filed an emergency motion to stay an injunction. Court of Appeals Rule 40 (b) provides in relevant part:

> In the exercise of its inherent power, this Court may issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot. This power shall be exercised sparingly. Generally, no order shall be made or direction given in an appeal until it has been docketed in this Court.

Having considered the motion, we conclude that the relief sought does not meet the requirements for emergency relief under Rule 40 (b). Accordingly, Appellants' emergency motion is hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/16/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.